UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY E. CLIMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW TAYLOR, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01226-EMC<br><br>**ORDER OF DISMISSAL** |

　　　　The Court reviewed Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and dismissed it with leave to amend. Docket No. 12. Plaintiff sought an extension of time to file an amended complaint, which the Court granted. Docket Nos. 13, 15. When Plaintiff again failed to file an amended complaint, the Court *sua sponte* gave Plaintiff "**one final chance**" to do so, and cautioned him that if he did not timely file an amended complaint, "this action **will** be dismissed for failure to prosecute." Docket No. 16 (emphases in original).

　　　　Plaintiff filed a document which he entitled "amend complaint," and which was docketed as an amended complaint. *See* Docket No. 17. This document was not an amended complaint. Instead, Plaintiff stated that he had lost all his evidence, and requested copies of his previous filings. *See id*. Plaintiff did not seek additional time to amend, *see id*., and to date no amended complaint has been filed, *see generally* Docket.

　　　　Because Plaintiff failed to file an amended complaint after ample opportunity and warnings, this action is DISMISSED without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b) (allowing dismissal where "the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order").

　　　　The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: September 19, 2024

_____
EDWARD M. CHEN
United States District Judge